**FILED**
March 4, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:15MJ00039-AC-1
                Plaintiff,             )
v.                                     ) ORDER FOR RELEASE OF
                                       ) PERSON IN CUSTODY
CHARLES BEAVER,                        )
                                       )
                Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CHARLES BEAVER__ , Case No. __2:15MJ00039-AC-1__ , Charge __18 USC § 371, 922(g)(1) & 26 USC § 5861(d)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __   Release on Personal Recognizance

    __   __   Bail Posted in the Sum of $_____

    __ ✓ __   Unsecured Appearance Bond $__25,000.00__

    __   __   Appearance Bond with 10% Deposit

    __   __   Appearance Bond with Surety

    __   __   Corporate Surety Bail Bond

    __ ✓ __   (Other)   __Pretrial conditions as stated on the recored.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 4, 2015__ at __2:00 pm__ .

By   /s/ Allison Claire /s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court